UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-CR-440 (NEB/DTS)

United States of America,

       Plaintiff,

                                   **MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

v.

Ousman Camara,
          Defendant.

**MOTION**

Defendant Ousman Camara, through his attorney, Eric L. Newmark, respectfully moves this Honorable Court for a 4-week extension of time to file his motions. Counsel was hired on this matter today and needs time to obtain and review discovery.

The Government through assistant United States attorney, Rebecca Kline, has no objection to this request

Dated: __3/26/2026____

                    _/s/Eric L. Newmark___
                    Eric L. Newmark MN Atty No. 259792)
                    Attorney for Defendant
                    1600 Hopkins Crossroad
                    Minnetonka, MN 55305
                    (612) 464-1161
                    eric@newmarklawoffice.com