UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-CR-440 (NEB/DTS)

United States of America,

        Plaintiff,

                                    **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

v.
Ousman Camara,
        Defendant.

**MOTION**

    I, Ousman Camara, agree to the following statement of facts to exclude time under the Speedy Trial Act: attorney Eric L. Newmark filed a motion to extend time to file motions in my case.  I understand my attorney needs time to review my case before filing motions as he weas just retained today.

    I have discussed this matter with my attorney. I voluntarily make the statement, with full knowledge of my rights under the Speedy Trial Act.

Dated this 25 day of March 2026.

                                          Ousman Camara