**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OUSMAN CAMARA,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 25-cr-440 (1) (NEB/DTS)<br>Date: November 23, 2026<br>Court Reporter: Renee Rogge<br>Courtroom: 13W<br>Time Commenced: 1:05 p.m.<br>Time Concluded: 1:40 p.m.<br>Time in Court: 35 minutes |

APPEARANCES:
Plaintiff: Austin Bowyer, Assistant U.S. Attorney
Defendant: Eric Newmark, Retained Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒ Guilty plea entered as to Count 1 of the Indictment.
☒ Presentence Investigation Report Requested.
☒ Defendant is released on bond conditions.

Date: November 23, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel